# EXHIBIT A

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

|  |  |
|---|---|
| LAURA POWERS, CHRISTINA ROSEAN, Individually and on Behalf of Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH FIRST, INC.,<br><br>Defendant. | No. 6:23-cv-00375-PGB-RMN |

## DECLARATION OF JOHN M. GALE, Ph.D IN SUPPORT
## OF FIRST AMENDED COMPLAINT

John M. Gale declares and states as follows:

1.      I am a Managing Director with Secretariat Economists, an economics consulting firm that specializes in antitrust, competition analysis, and damages estimation in all aspects of commercial litigation.

2.      Exhibit 1 hereto lists the number of hospital discharges by acute care hospitals in Brevard County from 2011 through 2019 as reported by the Florida Department of Health.

3.      Exhibit 2 hereto lists the number of emergency room visits to acute care hospitals in Brevard County from 2011 through 2019 as reported by the Florida Department of Health.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2023.

John M. Gale

**Exhibit 1**

## Bervard County Inpatient Discharges

*By Facility, General Acute Care Hospitals, 2011-2019*

| Facility Number | Hospital Name | City | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100177 | CAPE CANAVERAL HOSPITAL | Cocoa Beach | 6,589 | 6,338 | 7,147 | 7,532 | 7,712 | 7,726 | 7,741 | 8,360 | 7,778 |
| 100019 | HOLMES REGIONAL MEDICAL CENTER | Melbourne | 28,441 | 27,878 | 29,031 | 30,409 | 31,181 | 31,629 | 33,199 | 32,891 | 32,980 |
| 23960034 | MELBOURNE REGIONAL MEDICAL CENTER | Melbourne | 5,450 | 5,665 | 4,810 | 4,124 | 3,571 | 3,232 | 2,845 | 2,709 | 3,051 |
| 120007 | PALM BAY HOSPITAL | Palm Bay | 4,937 | 5,460 | 5,943 | 5,996 | 5,909 | 5,976 | 6,834 | 7,002 | 6,703 |
| 100028 | PARRISH MEDICAL CENTER | Titusville | 7,918 | 7,688 | 7,227 | 7,233 | 7,364 | 7,235 | 6,543 | 6,795 | 6,097 |
| 100092 | STEWARD ROCKLEDGE HOSPITAL | Rockledge | 12,669 | 13,078 | 12,859 | 12,828 | 12,454 | 11,361 | 10,725 | 9,573 | 9,904 |
| 23960092 | VIERA HOSPITAL | Melbourne | 1,741 | 3,216 | 3,510 | 3,976 | 4,268 | 4,486 | 5,033 | 4,987 | 5,026 |
| | **Brevard County Hospitals** | | 67,745 | 69,323 | 70,527 | 72,098 | 72,459 | 71,645 | 72,920 | 72,317 | 71,539 |
| | **Health First Inpatient Share** | | 62% | 62% | 65% | 66% | 68% | 70% | 72% | 74% | 73% |

Source: Florida Health Finder, AHCA. Available at https://quality.healthfinder.fl.gov/researchers/QuickStat/quickstat.aspx

**Exhibit 2**

## Bervard County Outpatient ED Visits

*By Facility, General Acute Care Hospitals, 2011-2019*

| Facility Number | Hospital Name | City | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100177 | CAPE CANAVERAL HOSPITAL | Cocoa Beach | 21,801 | 23,062 | 22,843 | 24,104 | 25,989 | 27,265 | 28,077 | 28,263 | 28,540 |
| 100019 | HOLMES REGIONAL MEDICAL CENTER | Melbourne | 47,282 | 52,920 | 56,537 | 60,715 | 61,396 | 65,253 | 64,434 | 65,061 | 64,887 |
| 23960034 | MELBOURNE REGIONAL MEDICAL CENTER | Melbourne | 16,180 | 16,118 | 15,531 | 15,961 | 16,133 | 15,503 | 14,665 | 14,329 | 14,528 |
| 120007 | PALM BAY HOSPITAL | Palm Bay | 32,885 | 34,746 | 35,049 | 38,592 | 41,174 | 42,911 | 42,600 | 42,981 | 43,162 |
| 100028 | PARRISH MEDICAL CENTER | Titusville | 30,080 | 30,783 | 30,539 | 30,438 | 33,874 | 33,020 | 33,122 | 30,519 | 28,873 |
| 100092 | STEWARD ROCKLEDGE HOSPITAL | Rockledge | 23,223 | 25,471 | 27,024 | 28,747 | 32,199 | 33,152 | 31,583 | 30,455 | 29,914 |
| 23960092 | VIERA HOSPITAL | Melbourne | 7,997 | 13,991 | 14,617 | 16,291 | 17,789 | 19,594 | 20,489 | 21,200 | 23,683 |
| | | **Brevard County Hospitals** | 179,448 | 197,091 | 202,140 | 214,848 | 228,554 | 236,698 | 234,970 | 232,808 | 233,587 |
| | | **Health First Outpatient ED Share** | 61% | 63% | 64% | 65% | 64% | 65% | 66% | 68% | 69% |

Source: Florida Health Finder, AHCA. Available at https://quality.healthfinder.fl.gov/researchers/QuickStat/quickstat.aspx