**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CASE NO. 6:23-CV-00375-JSS-RMN**

LAURA POWERS and
CHRISTINA ROSEAN,

      Plaintiffs,

v.

HEALTH FIRST, INC.,

      Defendant.

_____/

## <u>DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Pursuant to M.D. Fla. L.R. 3.01(i), Defendant Health First, Inc., respectfully

identifies the following supplemental authority in connection with (1) its Motion

to Exclude the Opinions of Plaintiffs' Proposed Expert on Class Certification Issues

(Doc. 167, *under seal*; Doc. 170, *redacted publicly filed*) (pages 8-10 (sub-heading "2"),

10-11 (sub-heading "3"), and 11-18 (sub-heading "4")), and (2) its Memorandum

in Opposition to Plaintiffs' Motion for Class Certification (Doc. 168, *under seal*; Doc.

171, *redacted publicly filed*) (pages 24-32 (sub-heading "a")):

    *In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, Nos. 14-MD-

2542, 14-MC-2542, 2025 WL 3240044, *10 (S.D.N.Y. Nov. 20, 2025) ("The prevalence

of individual negotiations renders [plaintiffs' expert's] model, which relies on

averages, insufficient to demonstrate class-wide antitrust injury.").

Dated: November 25, 2025        Respectfully submitted,

*/s/ Elizabeth B. Honkonen*

Elizabeth B. Honkonen (FBN 0149403)
Richard Alan Arnold (FBN 196643)
SPERLING KENNY NACHWALTER, LLC
Four Seasons Tower - Suite 1100
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 373-1000
ebh@sperlingkenny.com
rarnold@sperlingkenny.com

Allison G. Margolies (*pro hac vice*)
SPERLING KENNY NACHWALTER, LLC
321 N. Clark Street, 25th Floor
Chicago, Illinois 60654
Telephone: (312) 641-3200
amargolies@sperlingkenny.com

William Campbell Haynes (*pro hac vice*)
SPERLING KENNY NACHWALTER, LLC
1221 Broadway, Suite 2140
Nashville, Tennessee 37203
Telephone: (615) 252-5800
chaynes@sperlingkenny.com

*Attorneys for Defendant Health First, Inc.*