## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

|  |  |
|---|---|
| LAURA POWERS, CHRISTINA ROSEAN, Individually and on Behalf of Those Similarly Situated, | No. 6:23-cv-00375-JSS-RMN |
| Plaintiffs, |  |
| v. |  |
| HEALTH FIRST, INC., |  |
| Defendant. |  |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE
## OF SUPPLEMENTAL AUTHORITY

In response to Defendant's notice of supplemental authority *In Re: Keurig Green Mountain Single-Serve Coffee Antitrust Litig.,* 14-MD-2542, 2025 WL 3240044 (S.D.N.Y, filed Nov. 20, 2025) (Dkt 201), Plaintiffs respectfully call the Court's attention to:

> In my January 30, 2025 Opinion & Order resolving the parties' *Daubert* motions, I declined to exclude Dr. French's expert opinions… In response to Keurig's argument in its *Daubert* briefing that a model relying on averages would be insufficient to show common antitrust injury, *I noted that there are circumstances in which averages-based models can demonstrate common injury at the class-certification stage.* I stated: "While I need not yet determine whether the [plaintiffs] have made [a] showing [of common antitrust impact], I do not find that Dr. French's model is methodologically incapable of making such a showing." (*Id.* at 36.) Accordingly, I declined to exclude Dr. French's report under *Daubert*. However, my finding that Dr. French's report is admissible does not mean that Plaintiffs have automatically carried their burden to show antitrust impact at the class-certification stage because Dr. French purports to do so in his report….

*Id.* at *9 n.9 (emphasis supplied).

Dated: December 8, 2025

Respectfully submitted,

BY: /s/ R. Stephen Berry
Trial Counsel
R. Stephen Berry
(Admitted Pro Hac Vice)
**Berry Law PLLC**
1100 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 296-1212
sberry@berrylawpllc.com

Trial Counsel
Tucker H. Byrd
Florida Bar No. 381632
**Byrd Campbell, P.A.**
180 Park Avenue North, Ste 2A
Winter Park, FL 32789
Telephone: (407) 392-2285
TByrd@ByrdCampbell.com

Ronald G. Meyer
**Meyer, Blohm and Powell, P.A.**
Post Office Box 1547
Tallahassee, FL  32302
rmeyer@meyerblohmlaw.com
Telephone: (850) 878-5212

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025 I have caused the foregoing to be served via the ECF system on counsel for the Defendant.

/s/ R. Stephen Berry
R. Stephen Berry

2