UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAURA POWERS and CHRISTINA
ROSEAN,

     Plaintiffs,

v.                                                          Case No: 6:23-cv-375-JSS-RMN

HEALTH FIRST, INC.,

     Defendant.

_____/

## ORDER TO SHOW CAUSE

Plaintiffs and Defendant dispute whether Plaintiff Powers suffered an injury sufficient to support standing. (*See* Dkt. 168 at 11–12; Dkt. 174 at 3; Dkt. 192 at 11–12.) Plaintiffs allege that Powers suffered an injury because she owed Defendant $1,198.80. (*See* Dkt. 152-2 at 4; Dkt. 158-8 at 33.)[1] Defendant disputes that Powers ever owed that amount. (Dkt. 158-4 at 4–6, 14, 16.) "[A] district court cannot decide disputed factual questions or make findings of credibility essential to the question of

---

[1] It appears that Powers cannot establish standing through payment made by her insurance plan. *See Banks v. Sec'y, Dep't of Health & Hum. Servs.*, 38 F.4th 86, 93–94 (11th Cir. 2022) (explaining that a plaintiff did not suffer an injury sufficient to support standing in a case pertaining to insurance because the plaintiff received the treatment and owed nothing for it and thus did not have a "personal stake in the outcome of the action" (quotation omitted)). It also seems that Powers cannot establish standing based on her installment payments, which did not begin until October 2023, after this case was filed. (*See* Dkt 152-3; Dkt. 158-4 at 5 ("[B]eginning in late October 2023, [] Powers started to send checks to [Defendant] . . . .") *See A&M Gerber Chiropractic LLC v. GEICO Gen. Ins. Co.*, 925 F.3d 1205, 1212 (11th Cir. 2019) ("Importantly, Article III standing must be determined as of the time that the plaintiff's complaint is filed.").

- 2 -

standing on the paper record alone but must hold an evidentiary hearing." *Bischoff v. Osceola Cnty.*, 222 F.3d 874, 879 (11th Cir. 2000) (emphasis omitted).

Accordingly, **on or before February 26, 2026**, Plaintiffs and Defendant **SHALL SHOW CAUSE** as to whether an evidentiary hearing is needed.

**ORDERED** in Orlando, Florida, on February 19, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record