**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LAURA POWERS, CHRISTINA ROSEAN,
Individually and on Behalf of Those Similarly
Situated,

No. 6:23-cv-00375-JSS-RMN

Plaintiffs,

v.

HEALTH FIRST, INC.,

Defendant.

**PLAINTIFFS' RESPONSE TO ORDER TO
SHOW CAUSE WHY PLAINTIFF LAURA
POWERS HAS CLASS STANDING**

In response to the Court's Order to Show Cause (Doc. 232), Plaintiffs respectfully request:

(1) an evidentiary hearing allowing the proposed Class Representative Laura Powers to present evidence to show cause why she has class standing;

(2) supporting hearing argument by her counsel showing cause why this evidence supports her standing;

(3) leave allowing counsel to file a prehearing Memorandum demonstrating in light of the evidence to be presented that the precedent noted in the Order does not stand in the way of a finding of Plaintiff Powers' standing on the facts of *this* case.

February 23, 2026

Respectfully submitted,

BY: /s/ R. Stephen Berry
Trial Counsel
R. Stephen Berry
*(Admitted Pro Hac Vice)*
**Berry Law PLLC**
1100 Connecticut Avenue NW
Suite 645
Washington, DC 20036
Telephone: (202) 296-1212
sberry@berrylawpllc.com

Trial Counsel
Tucker H. Byrd
Florida Bar No. 381632
**Byrd Campbell, P.A.**
180 Park Avenue North, Ste 2A
Winter Park, FL 32789
Telephone: (407) 392-2285
TByrd@ByrdCampbell.com

Ronald G. Meyer
Florida Bar No. 0148248
**Meyer, Blohm and Powell, P.A.**
Post Office Box 1547
Tallahassee, FL  32302
rmeyer@meyerblohmlaw.com
Telephone: (850) 878-5212

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026 I have caused the foregoing to be served via the ECF system on counsel for the Defendant.

/s/ R. Stephen Berry
R. Stephen Berry

2