**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

|  |  |
|---|---|
| LAURA POWERS, CHRISTINA ROSEAN, Individually and on Behalf of Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH FIRST, INC.,<br><br>Defendant. | No. 6:23-cv-00375-JSS-RMN |

**PLAINTIFFS' MOTION RE HEALTH FIRST, INC.'s**
**BUSINESS RECORDS LIKELY TO OBVIATE THE**
**NEED FOR A SHOW CAUSE HEARING AS TO**
**LAURA POWERS' CLASS STANDING**

Health First opposes this Motion.

The Court's Order to Show Cause Order (Dkt. 232) addresses in part whether there is evidence -- beyond that cited in Plaintiffs' Class Motion -- supporting Laura Powers' standing as a class representative. It has prompted Plaintiffs to examine Health First's business records produced in discovery as to any co-insurance paid to Health First by Laura Powers under her health plan of the School Board of Brevard County during the tolled class damage period extending from March 1, 2019 through trial and before the filing of the Complaint on March 1, 2023.

As a consequence, Plaintiffs supplement their Show Cause submission of February 3, 2026 (Dkt. 233) aiming possibly to save the Court and the parties the time

devoted to an evidentiary hearing. This is because Health First's own payment records, as set out below, definitively show that Ms. Powers paid to Health First *before the Complaint was filed on March 1, 2023* and during the tolled class damage period a total of *$2,240.93* in co-insurance payments. These payments were for both inpatient and emergency room care between February 2020 and July 2021. As a consequence, she demonstrates a basis for her concrete, particularized, direct price injury during the tolled damage period materially caused by Health First's alleged supra-competitive pricing of both inpatient and emergency room care. First Amended Complaint ¶¶ 138-142.

To demonstrate her standing under Article III at this stage Laura Powers must allege a basis for (1) an injury in fact that is both (2) fairly traceable to the defendant's conduct and (3) likely redressable by a favorable decision. *See Lujan v. Defs. of Wildlife*, 504 U.S. 555,560–61 (1992). "To establish an injury in fact at step one, the plaintiff must demonstrate that [she] suffered an invasion of a legally protected interest which is (a) concrete and particularized; and (b) actual or imminent, not conjectural or hypothetical." *Laufer v. Arpan LLC*, 29 F.4th 1268, 1272 (11th Cir. 2022).

The relevant co-insurance payments of Ms. Powers are as follows.

| Health First Record | Health First Hospital | Care | Date | Co-Insurance Paid |
|---|---|---|---|---|
| 0000029 (Ex. A) | Cape Canaveral | Inpatient | 2/15-23/2020 Pd.   3/11/20 | $1019.45 |
| 0000047 (Ex. B) | Cape Canaveral | ER | 10/29/2020 Pd.   11/9/20 | $22.68 |
| 0000009 Ex. C | Cape Canaveral | Inpatient | 7/2-7/2021 Pd.   7/26/21 | $1198.80 |

| | |
|---|---|
| **Total Powers Co-insurance** | **$2,240.93** |

Plaintiffs have noticed today a deposition to demonstrate these Health First records filed under seal are authentic, admissible business records, should Health First not so stipulate.

Should the Court decide to proceed with an evidentiary hearing, Plaintiffs request the procedure and briefing requested their initial show cause submission.

## Local Rule 3.01(g) Certification

On March 2, 2026 R. Stephen Berry, counsel for Plaintiffs, conferred via telephone with Elizabeth Honkonen and Allison Margolies, counsel for Defendant, as to the relief requested. Defendant opposes the Motion.

Dated: March 2, 2026

Respectfully submitted,

BY: _/s/ R. Stephen Berry_
Trial Counsel
R. Stephen Berry
_(Admitted Pro Hac Vice)_
**Berry Law PLLC**
1100 Connecticut Avenue NW
Suite 645
Washington, DC 20036
Telephone: (202) 296-1212
sberry@berrylawpllc.com

Trial Counsel
Tucker H. Byrd
Florida Bar No. 381632
**Byrd Campbell, P.A.**
180 Park Avenue North, Ste 2A
Winter Park, FL 32789
Telephone: (407) 392-2285
TByrd@ByrdCampbell.com

3

Ronald G. Meyer
**Meyer, Blohm and Powell, P.A.**
Post Office Box 1547
Tallahassee, FL  32302
rmeyer@meyerblohmlaw.com
Telephone: (850) 878-5212

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026 I have caused the foregoing to be served via the ECF system on counsel for the Defendant.

*/s/ R. Stephen Berry*
R. Stephen Berry

4