UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAURA POWERS, et al.,

    Plaintiffs,

v.                                   Case No: 6:23-cv-375-JSS-RMN

HEALTH FIRST, INC.,

    Defendant.

_____/

## <u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that an evidentiary hearing before the court is scheduled as set forth below.

    **DATE**:      March 23, 2026

    **TIME**:      11:00 AM

    **PLACE**:    George C. Young Federal Annex Courthouse, 401 W. Central Boulevard, Courtroom 6C, Orlando, FL 32801

On or before **March 18, 2026**, the parties shall file their witness and exhibit lists. If counsel intend to use the courtroom's electronic equipment during the hearing, to ensure the availability of the equipment, counsel must contact chambers at 407-835-4219 on or before March 18, 2026. Counsel may also schedule an appointment to attain familiarity with the electronic equipment and confirm compatibility prior to the date of the hearing. On the date of the hearing, each party shall provide the Courtroom Deputy Clerk with the original and two copies of their exhibit list, exhibits, and witness

list, as well as a courtesy binder containing same. Additionally, on the date of the evidentiary hearing, each party shall provide the Courtroom Deputy Clerk with a CD or USB drive containing PDF versions of each exhibit.

Finally, the court has currently set aside 2 hours for this hearing. If the parties believe that more time is required, they shall move for additional time on or before **March 18, 2026**.

**ORDERED** in Orlando, Florida, on March 5, 2026.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record