UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAURA POWERS, CHRISTINA ROSEAN,
Individually and on Behalf of Those Similarly
Situated,

     Plaintiffs,

v.

                                   Case No.: 6:23-CV-00375-JSS-RMN

HEALTH FIRST, INC.,

       Defendant.
_____

☑     Evidentiary
☐     Trial
☐     Other

**PLAINTIFFS' EXHIBIT LIST**

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 3/23/2026 | | Laura Powers | Laura Powers Credit Card Payment of Co-insurance to Health First **($356.93) (9/16/20)** |
| 2 | 3/23/2026 | | Laura Powers Shaun Ronan | Remittance from Brevard County Board of Education Health Plan (via Cigna Administrator) Making Laura Powers' Co-insurance Payment to Health First **($1,819) (3/11/20)** |
| 3 | 3.23.2026 | | Laura Powers Shaun Ronan | Remittance from Brevard County Board of Education Health Plan (via Cigna Administrator) Making Laura Powers' Co-insurance Payment to Health First **($22.68) (11/9/20)** |
| 4 | 3/23/2026 | | Laura Powers Shaun Ronan | Remittance from Brevard County Board of Education Health Plan (via Cigna Administrator) Making Laura Powers' Co-insurance Payment to Health First **($1,198.80)** |

| | | | | |
|---|---|---|---|---|
| | | | | **(7/26/2021)** |
| 5 | 3/23/2026 | | Laura Powers | Brevard County Board of Education Health Plan's (via Cigna Administrator) Explanation of Laura Powers' Benefits Showing Co-insurance Obligation at Powers 000085 **($1,198.80) (7/21/2021)** |
| 6 | 3/23/2026 | | Shaun Ronan | Declaration of Shaun Ronan, 3/4/2026 with Exhibits |
| 7 | 3/23/2026 | | Laura Powers | Demonstrative Re: Summary of Laura Powers' Co-insurance Payments to Health First |

Case No.: 6:23-cv-00375-JSS-RMN                                    Page 2 of 2