## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

### CASE NO. 6:23-CV-00375-JSS-RMN

LAURA POWERS and
CHRISTINA ROSEAN,

      Plaintiffs,

v.

HEALTH FIRST, INC.,

      Defendant.

_____/

### DEFENDANT'S RESPONSE TO PLAINTIFFS' "EMERGENCY AND TIME SENSITIVE MOTION TO AMEND THE CASE MANAGEMENT AND SCHEDULING ORDER FOR GOOD CAUSE SHOWN"

Defendant Health First, Inc. ("Health First") hereby responds to Plaintiffs'

"Emergency and Time Sensitive Motion to Amend the Case Management and

Scheduling Order for Good Cause Shown" ("Motion") (Dkt. 281). As set forth

below, the Motion (1) identifies no error or other basis justifying reconsideration,

(2) seeks a vague abeyance of all remaining merits deadlines, and (3) functions as

an unauthorized reply.

1.      Plaintiffs' Motion first seeks leave to file a motion for reconsideration.

Mot. at 1-2. Although Plaintiffs identify three topics that a motion for

reconsideration "may help clarify," they do not identify any error in the Court's

Order or otherwise articulate a recognized basis for reconsideration. *See Kaplan v. Kaplan*, No. 2:10-CV-237-FTM-36SPC, 2011 WL 13141502, at *1 (M.D. Fla. Sept. 14, 2011). As framed, it is unclear what relief Plaintiffs intend to seek or on what grounds, and accordingly Health First opposes a motion for reconsideration.

2.      Plaintiffs next seek an indefinite abeyance of the remaining merits deadlines. Mot. at 2-3. Health First does not oppose a definite, limited extension to permit Plaintiffs to address the Court's denial of class certification. But Plaintiffs' stated basis—that the current deadlines are unworkable while Plaintiffs prepare a motion for reconsideration and "potentially a Rule 23(f) petition"—supports, at most, a definite, limited extension, not an open-ended abeyance. Health First suggests that it may be appropriate to hold a status conference to address the remaining deadlines.

3.      Finally, in a section of their Motion entitled "Scheduling Specification," Mot. at 3-5, Plaintiffs seek an order stating that any abeyance of merits deadlines should not prevent the Court from resolving a fully briefed motion pending before it. That motion is Plaintiffs' motion to reopen the April 22, 2025 hearing before Magistrate Judge Robert M. Norway regarding the production of certain confidential materials from a separate state court action[1] ("Motion to

---

[1] *Kennedy, et al. v. Health First, Inc. et al.*, Case No. 05-2019-CA-031604, pending before the 18th Judicial Circuit, in and for Brevard County, Florida ("*Kennedy*").

Reopen") (Dkt. 254.) Health First filed its response to the Motion to Reopen on March 27, 2026. (Dkt. 280.)

4.      Health First does not dispute that the Motion to Reopen is ripe for resolution. Health First opposes, however, Plaintiffs' use of the present Motion to advance new arguments concerning the Motion to Reopen, including arguments about their purported diligence in pursuing discovery related to the *Kennedy* materials. Those arguments function as an unauthorized ***reply*** for which Plaintiffs neither sought nor obtained leave of Court, and should be disregarded. M.D. Fla. L.R. 3.01(e); *Alms v. Luminar Techs., Inc.*, No. 6:23-CV-982-JSS-LHP, 2024 WL 2803261, at *5 (M.D. Fla. May 31, 2024) (Sneed, J.) (striking "reply," filed without leave, as an unauthorized reply).

5.      Accordingly, Health First respectfully requests that the Court deny Plaintiffs' Motion, except to the extent the Court deems it appropriate to grant a reasonable and definite extension of the remaining merits deadlines, as set forth herein, and to hold a status conference to address those remaining deadlines.

Dated: April 2, 2026                    Respectfully submitted,

                                        /s/ *Elizabeth B. Honkonen*
                                        Elizabeth B. Honkonen (FBN 0149403)
                                        Richard Alan Arnold (FBN 196643)
                                        Maria Vita Passo (FBN 1064430)
                                        SPERLING KENNY NACHWALTER, LLC
                                        Four Seasons Tower - Suite 1100
                                        1441 Brickell Avenue

Miami, Florida 33131
Telephone: (305) 373-1000
ebh@sperlingkenny.com
rarnold@sperlingkenny.com
mpasso@sperlingkenny.com

Allison G. Margolies *(pro hac vice)*
SPERLING KENNY NACHWALTER, LLC
321 N. Clark Street, 25th Floor
Chicago, Illinois 60654
Telephone: (312) 641-3200
amargolies@sperlingkenny.com

William Campbell Haynes (*pro hac vice*)
SPERLING KENNY NACHWALTER, LLC
1221 Broadway, Suite 2140
Nashville, Tennessee 37203
Telephone: (615) 252-5800
chaynes@sperlingkenny.com

*Attorneys for Defendant Health First, Inc.*