**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO. 6:23-CV-00375- JSS-RMN**

LAURA POWERS and
CHRISTINA ROSEAN,

      Plaintiffs,

v.

HEALTH FIRST, INC.,

      Defendant.

_____

**DEFENDANT'S NOTICE OF AGREEMENT RE FEES**
**PER COURT'S ORDERS (Dkts. 256, 264)**

Defendant, Health First, Inc., hereby notifies the Court that the parties have

resolved the portion of the Court's Orders dated March 9, 2026, and March 13,

2026 (Dkts. 256, 264) relating to attorneys' fees and expenses.

Dated: April 3, 2026          Respectfully submitted,

                             */s/ Elizabeth B. Honkonen*
                             Elizabeth B. Honkonen (FBN 0149403)
                             Richard Alan Arnold (FBN 196643)
                             Maria Vita Passo (FBN 1064430)
                             SPERLING KENNY NACHWALTER, LLC
                             Four Seasons Tower - Suite 1100
                             1441 Brickell Avenue
                             Miami, Florida 33131
                             Telephone: (305) 373-1000
                             ebh@sperlingkenny.com
                             aarnold@sperlingkenny.com
                             mpasso@sperlingkenny.com

Allison G. Margolies *(pro hac vice)*
SPERLING KENNY NACHWALTER, LLC
321 N. Clark Street, 25th Floor
Chicago, Illinois 60654
Telephone: (312) 641-3200
amargolies@sperlingkenny.com

William Campbell Haynes (*pro hac vice*)
SPERLING KENNY NACHWALTER, LLC
1221 Broadway, Suite 2140
Nashville, Tennessee 37203
Telephone: (615) 252-5800
chaynes@sperlingkenny.com

*Attorneys for Defendant Health First, Inc.*