**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| LAURA POWERS, CHRISTINA ROSEAN, Individually and on Behalf of Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH FIRST, INC.,<br><br>Defendant. | No. 6:23-cv-00375-JSS-RMN |

**PLAINTIFFS' NOTICE OF CLASS APPEAL STATUS**

Plaintiff-Petitioners today filed a Second Petition for En Banc Consideration of Denial of Interlocutory Class Appeal in the Eleventh Circuit Court of Appeals (Dkt. 22). The history of Plaintiff-Petitioners' Fed. R. Civ. P. 23(f) is summarized as follows.

On June 30, 2026 the Circuit Panel (Pryor CJ, Jordan J, Brasher J) without explanation denied the Fed. R. Civ. P. 23(f) petition for immediate interlocutory review of the denial of class certification (Dkt. 13). On August 3, 2026 the same Circuit Panel denied the original en banc petition in this matter seeking immediate interlocutory review of class findings because the petition was lodged one-day late without showing good cause for the delay (Dkt. 18). On August 7, 2026 the Petitioners filed a Motion demonstrating good cause for the one-day delay and asking the Panel to vacate the dismissal of the original en banc petition (Dkt. 19).

On August 17, 2026 Chief Judge Pryor denied without explanation this Motion and declined to vacate the dismissal (Dkt. 21).

Accordingly, on August 20, 2026 to preserve the full Court's review of important merits issues compelling immediate interlocutory review of class findings as addressed in the original en banc petition, Petitioners filed a timely second en banc petition.

On August 20, 2026 the clerk of the Court disallowed a second filing of the en banc petition (Dkt. 26-90013-A).

Since en banc consideration of the need for immediate review of class findings has been denied, Plaintiff-Petitioners have prepared a writ of certiorari addressing multiple circuit conflicts which will be filed within the ninety (90) days allowed by the Supreme Court.

Dated: August 20, 2026

Respectfully submitted,

BY: */s/ R. Stephen Berry*
Trial Counsel
R. Stephen Berry
*(Admitted Pro Hac Vice)*
**Berry Law PLLC**
1100 Connecticut Avenue NW
Suite 645
Washington, DC 20036
Telephone: (202) 296-1212
sberry@berrylawpllc.com

Tucker H. Byrd
Florida Bar No. 381632
**Byrd Campbell, P.A.**
180 Park Avenue North, Ste 2A
Winter Park, FL 32789
Telephone: (407) 392-2285
TByrd@ByrdCampbell.com

Ronald G. Meyer
**Meyer, Blohm and Powell, P.A.**
Post Office Box 1547
Tallahassee, FL 32302
rmeyer@meyerblohmlaw.com
Telephone: (850) 878-5212

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026 I have caused the foregoing to be served via the ECF system on counsel for the Defendant.

*/s/ R. Stephen Berry*