**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LAURA POWERS, CHRISTINA ROSEAN, Individually and on Behalf of Those Similarly Situated,

Plaintiffs,

v.

HEALTH FIRST, INC.,

Defendant.

No. 6:23-cv-00375-JSS-RMN

**SUPPLEMENTAL RESPONSE IN OPPOSITION TO MOTION TO TERMINATE STAY**

The following will appear in the Petition for a Writ of Certiorari to be filed on October 26, 2026:

**JURISDICTION**

The Eleventh Circuit's initial Order denying en banc consideration of the panel Order denying interlocutory review of class findings was entered on August 3, 2026 because the petition was lodged one-day late without a showing good cause for the delay. App. 33a. On August 7, 2026 petitioners filed a motion for reconsideration asserting good cause for the one-day delay and asking the panel to vacate the dismissal of the en banc petition. App. 34a. On August 17, 2026 the Circuit denied the motion. App 45a. This motion was filed within four days and was timely pursuant to Rule 13.3. *See Kemp v. U.S.,* 596 U.S. 528, 532 (2022).

This Court's jurisdiction is invoked under 28 U.S.C. § 1254(1) and Rule 13.1, 13.3 (90 days from denial of petition for en banc consideration as well as motion for reconsideration).

**CONCLUSION**

In this light the Court should not reverse its stay order.

Dated: October 19, 2026

Respectfully submitted,

BY: /s/ R. Stephen Berry
Trial Counsel
R. Stephen Berry
*(Admitted Pro Hac Vice)*
**Berry Law PLLC**
1100 Connecticut Avenue NW
Suite 645
Washington, DC 20036
Telephone: (202) 296-1212
sberry@berrylawpllc.com

Tucker H. Byrd
Florida Bar No. 381632
**Byrd Campbell, P.A.**
180 Park Avenue North, Ste 2A
Winter Park, FL 32789
Telephone: (407) 392-2285
TByrd@ByrdCampbell.com

Ronald G. Meyer
**Meyer, Blohm and Powell, P.A.**
Post Office Box 1547
Tallahassee, FL 32302
rmeyer@meyerblohmlaw.com
Telephone: (850) 878-5212

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2026 I have caused the foregoing to be served via the ECF system on counsel for the Defendant.

*/s/ R. Stephen Berry*